# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2007

132683

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE HOWELL JAMES MCCULLUM and
ROBERT THOMAS MCCULLUM, Minors.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
      Petitioner-Appellee,

v

HOWELL JAMES MCCULLUM, SR.,
      Respondent-Appellant,

and

DAVONNA LANISE MULLEN,
      Respondent.

_____/

SC: 132683
COA: 269327
Oakland CC
Family Division: 04-693120-NA

      On order of the Court, the application for leave to appeal the November 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2007

Clerk

s0103